DEBAUN CLAYDON, Respondent, Appellant, v. THOMAS P. CHEESBOROUGH, JR., Appellant, Respondent.— Judgment of the City Court of Mount Vernon unanimously affirmed, without costs. No opinion. Findings of fact seventh and eighth are reversed, and in lieu thereof a new finding is made by this court as follows: That previous to the 1st day of October, 1930, the parties entered into a new agreement for the lease of the premises occupied by the defendant whereby it was agreed that the monthly rental thereafter should be $175 per month, of which amount the defendant was to pay presently each month the sum of $150, and that he did pay such sums in accordance with the contract, and that the remaining

$25 was to be paid in the future within a reasonable time; and that that time has now elapsed and there is due from the defendant to the plaintiff the sum of $300. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.